This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | SUMMONS | For Court Use Only |
|---|---|---|
| Champaign COUNTY | | |

**Instructions** ▼

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

DIANNA STOCK
**Plaintiff / Petitioner** (First, middle, last name)

Enter the names of all people you are suing as Defendants/Respondents.

v.

DAVID LARSON, ET AL.
**Defendant / Respondent** (First, middle, last name)

Enter the Case Number given by the Circuit Clerk.

2020 L 000037
**Case Number**

In **1**, if your lawsuit is for money, enter the amount of money you seek from the Defendant/Respondent.

1. **Information about the lawsuit:**
   Amount claimed:  $ 50,000.00

In **2**, enter your contact information. If more than 1 person is bringing this lawsuit, attach an *Additional Plaintiff/Petitioner Contact Information* form.

2. **Contact information for the Plaintiff/Petitioner:**
   Name (First, Middle, Last):  Chute O'Malley Knobloch & Turcy LLC
   Street Address, Apt #:  218 N. Jefferson Street - Suite 202
   City, State, ZIP:  Chicago, IL 60661
   Telephone:  (312) 374-3136
   ☐ See attached for additional Plaintiff/Petitioner contact information

In **3**, enter the name of the person you are suing and their address. If more than 1 person is being sued, attach an *Additional Defendant/Respondent Contact Information* form.

3. **Contact information for the Defendant/Respondent:**
   Name (First, Middle, Last):  Koleaseco Inc
   Street Address, Apt #:  4265 Corporate Exchange Drive
   City, State, ZIP:  Hudsonville, MI 49426
   Telephone:  
   ☐ See attached for additional Defendant/Respondent contact information

**Important Information for the person receiving this form:**

You have been sued.
Follow the instructions on the next page on how to appear/answer.
- If you do not appear/answer the court may decide the case without hearing from you and enter a judgment against you for what the plaintiff/petitioner is asking.
- Your written appearance/answer must be filed on time and in the proper form.
- Forms for a written appearance/answer are available here:
  http://www.illinoiscourts.gov/forms/approved/default.asp
If you cannot afford to pay the fee for filing your appearance/answer, ask the circuit clerk for an *application for waiver of court fees.*
You should read all of the documents attached.

Enter the Case Number given by the Circuit Clerk: 2020 L 000037

| | 4. | **Instructions for person receiving this form (Defendant/Respondent):** |
|---|---|---|

In 4, the Circuit Clerk will give you the court date or appearance date, check any boxes that apply, and include the address of the court building and room where the Defendant/Respondent must file their response.

To respond to this *Summons* you must:

☐ Go to court:
On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____ Court Room: _____
City, State, ZIP: _____

☐ File a written *Appearance* and *Answer/Response* with the court:
On or before this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
Address: _____
City, State, ZIP: _____

☐ File a written *Appearance* and *Answer/Response* with the court within 30 days from the day you receive this *Summons* (listed below as the "Date of Service").
On this date: May 22, 2020 at this time: _____ ☐ a.m. ☐ p.m.
Address: 101 E. Main Sttreet
City, State, ZIP: Urbana, IL 61801

**STOP!** The Circuit Clerk will fill in this section.

Witness this Date: 4/24/2020

Clerk of the Court: *[signature]* Katie M. Blakeman
JH

Seal of Court — CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT — CHAMPAIGN COUNTY ILLINOIS

**STOP!** The officer or process server will fill in the Date of Service.

This *Summons* must be served within 30 days of its date, listed above.

Date of Service: _____
(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant/Respondent or other person.)

**Plaintiff/Petitioner:** To serve this *Summons*, you must hire the sheriff (or a private process server outside of Cook County) to deliver it and your Complaint/Petition to the Defendant/Respondent. If the sheriff (or private process server outside of Cook County) tries but can't serve the *Summons*, fill out another summons and repeat this process.

**Attention:** E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp. or talk with your local circuit clerk's office.

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT | AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only |
|---|---|---|
| Champaign COUNTY | | |

**Instructions**

Enter above the county name where the case was filed.

Enter your name as Plaintiff/Petitioner.

Enter the name of the person you are suing as Defendant/Respondent.

Enter the Case Number given by the Circuit Clerk.

DIANNA STOCK
Plaintiff / Petitioner *(First, middle, last name)*

v.

DAVID LARSON, ET AL.
Defendant / Respondent *(First, middle, last name)*

2020 L 000037
Case Number

**DO NOT** complete this section. The sheriff will complete it.

**\*\*Stop. Do not complete the form. The sheriff will fill in the form.\*\***

My name is _____ and I swear under oath
   *First, Middle, Last*
that I served the *Summons* and Complaint/Petition on the Defendant/Respondent

_____ as follows:
*First, Middle, Last*

☐ Personally on the Defendant/Respondent:
   Male: ☐   Female: ☐   Approx. Age: _____   Hair Color: _____
   Height: _____   Weight: _____
   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____

☐ At the Defendant/Respondent's home:
   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   And left it with: _____
      *First, Middle, Last*
   Male: ☐   Female: ☐   Approx. Age: _____
   and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____ , 20 _____ .

☐ On the Corporation's agent, _____
      *First, Middle, Last*
   On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk: 2020 L 000037

| | |
|---|---|
| **DO NOT** complete this section. The sheriff, or private process server will complete it. | **By:** _____ *Signature* _____ *Print Name* |

**FEES**
By certified/registered   $ _____
Service and Return        $ _____
Miles: _____       $ _____
Total    $ _____



FILED
SIXTH JUDICIAL CIRCUIT
3/5/2020 11:08 AM
By: JH

CLERK OF THE CIRCUIT COURT
CHAMPAIGN COUNTY, ILLINOIS

## IN THE 6th JUDICIAL CIRCUIT COURT
## CHAMPAIGN COUNTY, ILLINOIS

| | |
|---|---|
| DIANNA STOCK ) | |
| ) | |
| Plaintiff, ) | |
| ) | No: **2020L 000037** |
| v. ) | |
| ) | |
| DAVID LARSON, Individually and as ) | |
| Agent/servant/employee of KOLEASECO, INC., ) | |
| KOLEASECO, INC; CHARLES BERKLER ) | |
| ) | |
| Defendant. ) | |

### COMPLAINT AT LAW
### COUNT I
### DIANNA STOCK VS DAVID LARSON

NOW COMES the Plaintiff, DIANNA STOCK, by and through her attorneys, CHUTE O'MALLEY KNOBLOCH & TURCY, LLC and complaining of the Defendant, DAVID GARCIA, states as follows:

1.     On April 18, 2018, Plaintiff, DIANNA STOCK was operating a motor vehicle in a southbound direction on I-57 at or exit 238 in the Township of Hensley, County of Champaign, State of Illinois.

2.     At the time and place aforesaid, Defendant, DAVID LARSON operated, managed, maintained and controlled a semi tractor-trailer and was operating said tractor trailer in a southbound direction on I-57 at or near exit 238 in the Township of Hensley, County of Champaign State of Illinois.

3.     At the time and place aforesaid, it was the duty of the Defendant, DAVID LARSON to operate, manage, maintain and control his tractor trailer in a reasonable and safe manner.

4. At the time and place aforesaid, the motor vehicle owned, operated, managed, maintained and controlled by Defendant, DAVID LARSON struck the rear of the vehicle operated by the Plaintiff, causing said vehicle to spin out of control striking another vehicle.

5. At the time and place aforesaid, Defendant, DAVID LARSON was negligent in one or more of the following respects:

   a) Operated his motor vehicle without keeping a proper and sufficient lookout;

   b) Operated, managed, maintained, controlled and drove a motor vehicle into a collision with the motor vehicle then and there operated by the Plaintiff;

   c) Failed to decrease speed so as to avoid colliding with another vehicle in violation of Illinois Compiled Statutes, 1992, Chapter 625, Act 5, Section 11-601;

   d) Proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions and the use of the highway, or which endangered the safety of persons or property in violation of Illinois Compiled Statutes, 1992, Chapter 625, Act 5, Section 11-601;

   e) Failed to give audible warning with his horn when such warning was reasonable necessary to insure safety, in violation of Illinois Compiled Statutes, 1992, Chapter 625, Act 5, Section 12-601;

   f) Carelessly and negligently failed to exercise that degree of care and caution that a reasonable person under similar circumstances would have exercised in the operation of said motor vehicle;

   g) Was otherwise careless and negligent.

6. As a direct and proximate result of one or more of the aforesaid negligent acts and/or omissions of Defendant, the Plaintiff, DIANNA STOCK sustained severe and permanent injuries, both externally and internally, and was and will be hindered and prevented from attending to his usual duties and affairs, and has lost and will in the future lose the value of that time as aforementioned. Plaintiff also suffered great pain and anguish, both in mind and body, and will in the future continue to suffer. Plaintiff further expended and became liable for and will expend and

become liable for large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, Plaintiff, DIANNA STOCK, prays that judgment be entered against Defendant, DAVID LARSON, for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs of suit.

## COUNT II
## DIANNA STOCK vs KOLEASECO, INC

NOW COMES the Plaintiff, DIANNA STOCK, by and through her attorneys, CHUTE O'MALLEY KNOBLOCH & TURCY, LLC and complaining of the Defendant, KOLEASECO, INC, states as follows:

1. On April 18, 2018, Plaintiff, DIANNA STOCK was operating a motor vehicle in a southbound direction on I-57 at or near exit 238 in the Township of Hensley, County of Champaign, State of Illinois.

2. At the time and place aforesaid, Defendant, DAVID LARSON operated, managed, maintained and controlled a semi tractor-trailer and was operating said tractor trailer in a southbound direction on I-57 at or near exit 238 in the Township of Hensley, County of Champaign, State of Illinois.

3. At the time and place aforesaid, the Defendant DAVID LARSON was acting as the agent/servant/employee of Defendant KOLEASECO, INC.

4. At the time and place aforesaid, it was the duty of the Defendant, KOLEASECO, INC. by and through its agent/servant/employee DAVID LARSON, to operate, manage, maintain and control its tractor trailer in a reasonable and safe manner.

5. At the time and place aforesaid, the motor vehicle owned, operated, managed, maintained and controlled by Defendant, KOLEASECO, INC. by and through its agent/servant/employee DAVID LARSON struck the rear of the vehicle operated by the Plaintiff, causing said vehicle to spin out of control striking another vehicle. .

6. At the time and place aforesaid, Defendant, KOLEASECO, INC. by and through its agent/servant/employee DAVID LARSON was negligent in one or more of the following respects:

   a) Operated his motor vehicle without keeping a proper and sufficient lookout;

   b) Operated, managed, maintained, controlled and drove a motor vehicle into a collision with the motor vehicle then and there operated by the Plaintiff;

   c) Failed to decrease speed so as to avoid colliding with another vehicle in violation of Illinois Compiled Statutes, 1992, Chapter 625, Act 5, Section 11-601;

   d) Proceeded at a speed which was greater than reasonable and proper with regard to traffic conditions and the use of the highway, or which endangered the safety of persons or property in violation of Illinois Compiled Statutes, 1992, Chapter 625, Act 5, Section 11-601;

   e) Failed to give audible warning with his horn when such warning was reasonable necessary to insure safety, in violation of Illinois Compiled Statutes, 1992, Chapter 625, Act 5, Section 12-601;

   f) Carelessly and negligently failed to exercise that degree of care and caution that a reasonable person under similar circumstances would have exercised in the operation of said motor vehicle;

   g) Was otherwise careless and negligent.

7. As a direct and proximate result of one or more of the aforesaid negligent acts and/or omissions of Defendant, the Plaintiff, DIANNA STOCK sustained severe and permanent injuries, both externally and internally, and was and will be hindered and prevented from attending to her usual duties and affairs, and has lost and will in the future lose the value of that time as

aforementioned. Plaintiff also suffered great pain and anguish, both in mind and body, and will in the future continue to suffer. Plaintiff further expended and became liable for and will expend and become liable for large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, Plaintiff, DIANNA STOCK, prays that judgment be entered against Defendant, KOLEASECO, INC. for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs of suit.

## COUNT III
## DIANNA STOCK

NOW COMES the Plaintiff, DARLENE FLOREY, by and through her attorneys, CHUTE O'MALLEY KNOBLOCH & TURCY, LLC and complaining of the Defendant, CHARLES BERKLER states as follows:

1. On April 18, 2018, Plaintiff, DIANNA STOCK was operating a motor vehicle in a southbound direction on I-57 at or near exit 238 in the Township of Hensley, County of Champaign, State of Illinois.

2. At the time and place aforesaid, Defendant, CHARLES BERKLER operated, managed, maintained and controlled a motor vehicle in a southbound direction on I-57 at or near exit 238 in the Township of Hensley, County of Champaign, State of Illinois.

3. At the time and place aforesaid, it was the duty of the Defendant, CHARLES BERKLER to operate, manage, maintain and control his tractor trailer in a reasonable and safe manner.

4. At the time and place aforesaid, the motor vehicle owned, operated, managed, maintained and controlled by Defendant, CHARLES BERKLER suddenly and without warning

slowed and/or stopped his motor vehicle on I-57, causing Plaintiff DIANNA STOCK to rear-end his vehicle

    5.    At the time and place aforesaid, Defendant, CHARLES BERKLER was negligent in one or more of the following respects:

- a) Operated his motor vehicle without keeping a proper and sufficient lookout;
- b) Operated, managed, maintained, controlled and drove a motor vehicle into a collision with the motor vehicle then and there operated by the Plaintiff;
- c) Slowed and/or stopped his motor vehicle on a public highway;
- d) Proceeded at a speed which was lower than the minimum speed limit in violation of 625 ILCS 5/11-606;
- e) Failed to give audible warning with his horn when such warning was reasonable necessary to insure safety, in violation of Illinois Compiled Statutes, 1992, Chapter 625, Act 5, Section 12-601;
- f) Carelessly and negligently failed to exercise that degree of care and caution that a reasonable person under similar circumstances would have exercised in the operation of said motor vehicle;
- g) Was otherwise careless and negligent.

    6.    As a direct and proximate result of one or more of the aforesaid negligent acts and/or omissions of Defendant, the Plaintiff, sustained severe and permanent injuries, both externally and internally, and was and will be hindered and prevented from attending to his usual duties and affairs, and has lost and will in the future lose the value of that time as aforementioned. Plaintiff also suffered great pain and anguish, both in mind and body, and will in the future continue to suffer. Plaintiff further expended and became liable for and will expend and become liable for large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, Plaintiff, DIANNA STOCK, prays that judgment be entered against Defendant, CHARLES BERKLER, for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs of suit.

Respectfully submitted,

CHUTE O'MALLEY
KNOBLOCH & TURCY, LLC

By: /s/Michael A. Knobloch
Attorneys for Plaintiff

Michael A. Knobloch
Chute O'Malley Knobloch & Turcy, LLC
218 N. Jefferson
Suite 202
Chicago, IL 60661
(312) 374-3161
mknobloch@chutelaw.com
ARDC No.: 6286611

CHAMPAIGN COUNTY SHERIFF'S OFFICE
204 E Main Street
Urbana, IL 61801

## RETURN OF SERVICE

Sheriff #: 20001360  Received: 3/20/2020, 4:00 PM

Court Case: 2020-L-37
Court: Circuit, Champaign
Paper Type: 30 Day Summons and complaint

Case Name: Dianna Stock vs. Charles Berkler, II

I certify that I served this process upon **Charles Berkler, II**, the Defendant / Respondent as follows:

PERSONAL SERVICE: By leaving a copy of the 30 Day Summons and complaint with the named Defendant / Respondent personally.

Person Served: Charles Berkler, II
Gender: Male       Ethnicity: White       DOB: 3/19/1992
Height: ' "        Weight:

Served:            5/16/2020 at 4:05 PM
Service Address:   1554 Par Drive Rantoul, IL 61866

**DUSTIN HEUERMAN, SHERIFF**
By

Deputy Richard Ferriman, # 556

Chute, O'Malley, Knobloch & Turcy

218 N Jefferson
Suite 202
Chicago, IL 60661

SHERIFF FEES:
Mileage  $15.00
Return   $5.00
Service  $32.00

Total    $52.00



PAID



**CHUTE O'MALLEY
KNOBLOCH & TURCY**
TRIAL ATTORNEYS

March 18, 2020

Champaign County Sheriff's Office
Attn: Civil Process
204 E. Main Street
Urbana, IL 61801-2702

   Re: <u>Stock, D. v. Larson, D., et al.</u>
     Champaign County
     Law Division
     2020 L 000037
     <u>Request for Service of Process</u>

Dear Sheriff:

Enclosed please find the following documents for personal service of Summons in the same case:

1. *Defendant Charles Berkler II*
   - Summons to Bernice Davis (Original and 2 copies);
   - Complaint in the above referenced matter (1 copy); and
   - Check made payable to the Champaign County Sheriff in the amount of $52.00.

I have also enclosed one self-addressed and stamped envelope for return of proof of service.

Please contact the undersigned at (312) 374-3136 if you have any questions or require any further information. In advance, we appreciate your assistance with this matter.

Sincerely,

Michael A. Knobloch
Encl.